UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**In the Matter of**:

Scott A. Boles and Carolee A. Boles

**Debtor**

Case No. 17-20828
Judge Christine M. Gravelle
Chapter 13

### Certification of Scott A. Boles and Carolee A. Boles

Scott A. Boles and Carolee A. Boles, who after first being duly cautioned and sworn state the following statements are true:

1. We filed this Bankruptcy Case on May 26, 2017.

2. We have had one prior Bankruptcy filing dismissal with this Court in the last year. Said case was:

   a. Case No. 17-15745, Chapter 13 Bankruptcy filed March 23, 2017, District of New Jersey, same real estate, case dismissed on May 12, 2017;

3. The most recent case was dismissed for debtor's failure to submit required schedules.

4. We worked diligently to try to submit the required documents to my attorney for him to prepare the remainder of the schedules as the prior bankruptcy was filed on an emergent basis to stop a sheriff's sale on my home. However, I was not able to gather all the necessary pay stubs and tax returns, and my prior bankruptcy was dismissed.

5. What are the changes in circumstances for the new filing? In support of the new filing, we have submitted all of the required documents to my attorney, and the required schedules and plan will be submitted to the court.

FURTHER AFFIANT SAYETH NAUGHT

/s/ Scott A. Boles                                         05/31/17
Scott A. Boles, Debtor                                     Date


/s/ Carolee A. Boles                                       05/31/17
Carolee A. Boles, Debtor                                   Date